SCPW-15-0000500

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DENNIS FLORER, Petitioner,

vs.

THE HONORABLE CHRISTINE KURIYAMA, JUDGE OF THE FIRST CIRCUIT
COURT OF THE STATE OF HAWAIʻI, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 14-1-0229)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Dennis Florer's petition for a writ of mandamus, filed on July 2, 2015, the documents attached thereto and submitted in support thereof, and the record, it appears that Petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief or that he lacks alternative means to seek relief. A writ of mandamus is, therefore, not warranted. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (A writ of

mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, August 6, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2